# Third District Court of Appeal
## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2198
Lower Tribunal No. 20-12768

————————

**Sara Rodriguez,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides and Jennifer D. Bailey, Judges.

Law Offices of Geoffrey B. Marks, and Geoffrey B. Marks, for appellant.

Williams, Leininger & Cosby, P.A., and Carri S. Leininger and Maureen Martinez (North Palm Beach), for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.